IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARTIN K. HUNT, SR. : CIVIL ACTION
:
v. :
:
CUSTOM CABLE INDUSTRIES, :
INC., et al. : NO. 10-2625

ORDER

AND NOW, this 7th day of June, 2011, upon consideration of defendants' motion to dismiss (docket entry # 14), plaintiff's response thereto (docket entry # 15), defendants' motion for leave to file a reply in support of their motion to dismiss (docket entry # 16), and plaintiff's letter brief responding to defendants' motion for leave to file a reply (docket entry # 17) and in accordance with the accompanying Memorandum, it is hereby ORDERED that:

1. Defendants' motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(2) (docket entry # 14) is GRANTED;

2. Defendants' motion for leave to file a reply (docket entry # 16) is GRANTED;

3. Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE;

4. The Clerk of Court shall DOCKET defendants' reply, which is located at Exhibit 1 of its motion for leave to file a reply; and

5. The Clerk of Court shall CLOSE this case statistically.

BY THE COURT:


\_\_\s\Stewart Dalzell